Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 540-2017-02156 |

Arizona Attorney General's Office, Civil Rights Division    and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mr. Ervin Williams | 262-909-6558 | 1986 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1827 S. Spartan Street, GILBERT, AZ 85233 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| FREEWAY CHEVROLET | Unknown | 480-735-0399 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1150 N 54th St, CHANDLER, AZ 85226 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

[ ] RACE   [ ] COLOR   [ ] SEX   [X] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-30-2017    Latest: 05-01-2017
[ ] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

On or about April 21, 2017, I was hired by the above employer as an Assistant Manager. At the beginning of my employment, I informed Mike Cook that I needed to go to church on Sundays and he told me that I could be off two Sundays a month to go to church.

I was scheduled to be off one Sunday for the month so I went and told my manager Dave Grossman that Mike Cook had told me that I would be off at least two Sundays a month. Dave Grossman told me just to come in later after church on the Sundays that I was scheduled to work.

On April 30, 2017, I went to church and came in less than an hour late. On May 1, 2017, Mike Cook told me to choose either to be at work on time on Sundays or not work there. I was forced to choose between my work and my religion.

I believe I was discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| **Digitally signed by Ervin Williams on 06-08-2017 01:01 PM** | |

EXHIBIT B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ  85012-2504
Intake Information Group:  (800) 669-4000
Phoenix Status Line: (602) 661-0002
Intake Information Group TTY:  (800) 669-6820
FAX:  (602) 640-5071
Webstie: www.eeoc.gov

Charge No: 540-2017-02156

| | |
|---|---|
| Ervin Williams<br>3134 S. Market Street<br>Apartment #2025<br>Gilbert, AZ  85295 | Charging Party |
| Freeway Chevrolet<br>1150 N. 54th Street<br>Chandler, AZ  85226 | Respondents |

# D E T E R M I N A T I O N

On behalf of the U.S. Equal Employment Opportunity Commission ("Commission"), I issue the following determination on the merits of the subject charge under the Title VII of the Civil Rights Act of 1964, as amended. Freeway Chevrolet is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. (Title VII).  All requirements for coverage have been met.

Charging Party alleged he was discriminated against due to his religion, in violation of Title VII, when his General Manager denied his religious accommodation request. Charging Party further alleged because he was then required to choose between his employment and his religion, he had no choice but to resign.

Respondent denies the allegations and asserts Charging Party was granted a religious accommodation. Respondent asserts that Charging Party refused the accommodation provided and voluntarily resigned his employment.

Based on the evidence obtained during the investigation of this charge, I find that there is reasonable cause to believe that Respondents violated Title VII, when Respondent denied a religious accommodation and constructively discharged Charging Party.

The determination is final.  Title VII requires that, if the Commission determines that there is reasonable cause to believe that violations have occurred, it shall endeavor to eliminate the alleged unlawful employment practices by informal methods of conference, conciliation, and persuasion.  Having determined that there is reason to believe that violations have occurred, the Commission now invites Respondent to join with it in an effort toward a just resolution of this matter.  Disclosure of information obtained by the Commission during the conciliation process may only be made in accordance with the confidentiality provisions of Title VII and Commission's Procedural Regulations.

Charge No. 540-2017-02156
Letter of Determination
Page 2

You are hereby reminded that Federal Law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in the Commission's investigation is also prohibited. The protections apply regardless of the Commission's determination on the merits of the charge.

If the Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission. A Commission representative will contact each party in the near future to begin conciliation.

On behalf of the Commission:

02/05/2021 , for
Date

Elizabeth Cadle
District Director

cc:
Susanne E. Ingold
Burch & Cracchiolo, P.A
702 E. Osborn Road Suite 200
Phoenix, AZ 85014

Exhibit C

EEOC Form 161-A (11/2020)             **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

| To: | Ervin Williams, Jr.<br>3134 S. Market St., Apt. 2025<br>Gilbert, AZ 85295 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **540-2017-02156** | **Anick Flores,**<br>**Supervisory Investigator** | **(602) 661-0004** |

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*                                                                 02/26/2021

Enclosures(s)       **Elizabeth Cadle,**                                      *(Date Issued)*
                    **District Director**

cc:

**HR Manager**
**FREEWAY CHEVROLET**
**1150 N 54th St**
**Chandler, AZ 85226**

Susanne E. Ingold
BURCH & CRACCHIOLO, P.A
702 E. Osborn Road, Suite 200
Phoenix, AZ 85014