**CARDEN LIVESAY**
— LTD —
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

Susanne E. Ingold, SBA #019143
Aaron M. Duell, SBA #033450
**BURCH & CRACCHIOLO, P.A.**
1850 N. Central Avenue
Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
singold@bcattorneys.com
aduell@bcattorneys.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ervin Williams,<br><br>                         Plaintiff,<br><br>v.<br><br>Chapman Chevrolet Chandler, L.L.C.,<br><br>                         Defendant. | Case No.  2:21-cv-00717-MTL<br><br>**FIRST AMENDED JOINT PROPOSED JURY QUESTIONNAIRE** |

The parties, through counsel undersigned, hereby submit the following jury questionnaire pursuant to Dkts. 53 & 57.  The parties thank the Court for the reminder of the specifics requested as neither of the undersigned could locate their notes from that hearing and did the best they could in a collaborative fashion.



**Joint case description:**

This is a federal civil case involving claims of religious discrimination and retaliation. Employee Ervin Williams, Jr. claims he was terminated for requesting Sundays off to attend church upon his hiring, and attending church shortly after he was hired. Employer Chapman Automotive Freeway Chevrolet denies the claims and asserts that Plaintiff was provided two Sundays off a month upon his hiring in order to attend church and that he resigned his employment as a result.

1. Are you currently taking any medication on a regular basis or do you require the assistance of a doctor or other health professional on a regular basis that would affect your ability to sit as a juror in this case? ☐ Yes ☐ No

    If Yes, please explain. _____

    _____

    _____

2. Do you have any medical, mental, or physical condition that would affect your ability to sit as a juror in this case? ☐ Yes ☐ No
    If Yes, please explain. _____

    _____

    _____

3. Do you have any pre-planned, pre-purchased travel where sitting as a juror in this case would create an undue hardship? ☐ Yes ☐ No
    If Yes, please explain. _____

    _____

    _____

4. Given the description of the case, do you have any ethical, religious, moral, political, philosophical, or other beliefs that would prevent you from serving as a fair and impartial juror in this case? ☐ Yes ☐ No
    If Yes, please explain. _____

    _____



5. If you were one of the parties in this case, is there any reason you would not want someone with your present outlook and feelings to serve on this jury? ☐ Yes ☐ No If Yes, please explain. _____

_____

_____

Respectfully submitted on this 16th day of August, 2023.

| CARDEN LIVESAY, LTD. | BURCH & CRACCHIOLO, P.A. |
|---|---|
| By: s/Joshua W. Carden<br>Joshua W. Carden<br>*Attorney for Plaintiff* | By: s/Susanne E. Ingold (*with permission*)<br>Susanne E. Ingold<br>Aaron M. Duell<br>*Attorneys for Defendant* |

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

By: s/Joshua W. Carden



3