# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ervin Williams, et al., | No. CV-21-00717-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Chapman Chevrolet Chandler LLC, | |
| Defendant. | |

**IT IS ORDERED** that the parties shall file a joint status report regarding their efforts in finalizing the settlement that was reached before Magistrate Judge Deborah M. Fine (Doc. 59) no later than September 6, 2023.

**IT IS FURTHER ORDERED** that the Court will not vacate the trial dates or upcoming deadlines until a notice of settlement or a stipulation to dismiss is filed.

Dated this 30th day of August, 2023.

Michael T. Liburdi
United States District Judge