**CARDEN LIVESAY**
—— LTD ——
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*


**BURCH & CRACCHIOLO, P.A.**
1850 N. CENTRAL AVE., SUITE 1700
PHOENIX, AZ 85004
602.274.7611
Susanne E. Ingold, SBA #019143
singold@bcattorneys.com
Aaron M. Duell, SBA #033450
aduell@bcattorneys.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ervin Williams, Jr., | Case No. 2:21-cv-00717-MTL |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| Chapman Chevrolet Chandler, L.L.C., | |
| Defendant. | |

    Plaintiff Ervin Williams, Jr., and Defendant Chapman Chevrolet Chandler, L.L.C., through undersigned counsel, hereby give notice that the parties have resolved this matter. The parties anticipate that they will file a stipulation and formal order for dismissal of this case with prejudice within the next 30 days.



Respectfully submitted on this 30th day of August, 2023.

| CARDEN LIVESAY, LTD. | BURCH & CRACCHIOLO, P.A. |
|---|---|
| By: /s/Joshua W. Carden<br>Joshua W. Carden<br>*Attorneys for Plaintiff*<br>*Ervin Williams* | By /s/ Susanne E. Ingold *(with permission)*<br>Susanne E. Ingold<br>Aaron M. Duell<br>*Attorneys for Defendant* |

