# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ervin Williams, et al., | No. CV-21-00717-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Chapman Chevrolet Chandler LLC, | |
| Defendant. | |

**IT IS ORDERED** that the parties' Stipulation to Dismiss with Prejudice (Doc. 63) is granted.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated.

**IT IS FINALLY ORDERED** that the Clerk of Court shall dismiss this action with prejudice, with each party bearing their own attorneys' fees and costs.

Dated this 2nd day of October, 2023.

Michael T. Liburdi
United States District Judge